KAREN P. HEWITT
United States Attorney
JOSEPH J.M. ORABONA
Assistant U.S. Attorney
California State Bar No.223317
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone No.: (619) 557-7736
Email: joseph.orabona@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1166-W |
| Plaintiff, | ) | Date: June 24, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 7 |
| v. | ) | The Honorable Thomas J. Whelan |
| FELIX HERNANDEZ-CHAVEZ (1),<br>HUGO MONTES-MARTINEZ (2),<br>MODESTA LUISA MAGANA (3),<br>JUAN JESUS LIMON (4), | ) | **MOTION TO SHORTEN TIME** |
| Defendants. | ) | |

The United States requests an order shortening time to June 18, 2008, to file its response in opposition (docket no. 28) to Defendants' various motions to dismiss, suppress, and compel (docket nos. 21, 23, and 25), in light of the numerous defendants, complexity of the motions filed by Defendants, and the shortened time given for Defendant Magana to file her motions on June 11, 2008.

DATED: June 18, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ *Joseph J.M. Orabona*
JOSEPH J.M. ORABONA
Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FELIX HERNANDEZ-CHAVEZ (1),<br>HUGO MONTES-MARTINEZ (2),<br>MODESTA LUISA MAGANA (3),<br>JUAN JESUS LIMON (4),<br><br>Defendants. | Criminal Case No. 08CR1166-W<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED that:

I, Joseph J.M. Orabona, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the United States' **Motion to Shorten Time** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. L. Marcel Stewart
   Law Office of L. Marcel Stewart
   121 Broadway, Suite 349
   San Diego, California 92101
   Tel: (619)702-4123
   Email: lmslaw@att.net
   *Lead Attorney for Defendant Hernandez*

2. Elizabeth Barros
   Federal Defenders of San Diego, Inc.
   225 Broadway, Suite 900
   San Diego, California 92101
   Tel: (619) 234-8467
   Email: elizabeth.barros@fd.org
   *Lead Attorney for Defendant Montes*

3. Timothy Scott
   Law Office of Timothy Scott
   1350 Columbia Street
   San Diego, California
   Tel: (619) 794-0451
   Email: timscottlaw@cox.net
   *Lead Attorney for Defendant Magana*

4. Michael E. Burke
   Law Office of Michael Burke
   105 West F Street, 4th Floor
   San Diego, California
   Tel: (619) 234-2503
   Email: burkelaw1@sbcglobal.net
   *Lead Attorney for Defendant Limon*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 18, 2008.

/s/ *Joseph J.M. Orabona*
JOSEPH J.M. ORABONA
Assistant United States Attorney