AO 455(Rev. 5/85) Waiver of Indictment

FILED
JUN 2 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JUAN JESUS LIMON

**WAIVER OF INDICTMENT**

CASE NUMBER: 08-CR-1166-W

I, JUAN JESUS LIMON, the above named defendant, who is accused of committing the following offense:

Possession of Marijuana with Intent to Distribute and Aiding and Abetting, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge(s), the proposed superceding information, and of my rights, hereby waive in open court on 6/24/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Counsel for Defendant

Before
JUDICIAL OFFICER