ORIGINAL

FILED
JUN 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JUAN JESUS LIMON (4)<br>Defendant. | Criminal Case No. 08CR1166-W<br><br>INFORMATION<br>**Superseding**<br><br>Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting (Felony) |

The United States Attorney charges:

On or about May 8, 2008, within the Southern District of California, defendant JUAN JESUS LIMON did knowingly and intentionally possess, with intent to distribute, 50 kilograms or more, to wit: approximately 94.86 kilograms (approximately 208.69 pounds), of Marijuana (net weight), a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

DATED: June 24, 2008.

KAREN P. HEWITT
United States Attorney

JOSEPH J.M. ORABONA
Assistant U.S. Attorney