FILED
JUN 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FELIX HERNANDEZ-CHAVEZ (1),<br>HUGO MONTES-MARTINEZ (2),<br>MODESTA LUISA MAGANA (3),<br>JUAN JESUS LIMON (4),<br>Defendants. | Case No. 08CR1166-W<br><br>**ORDER TO PRESERVE, VIEW AND PHOTOGRAPH THE VEHICLE** |

**IT IS HEREBY ORDERED** that the United States government and its agents make available to the defense attorney and his agents, for examination, viewing and photographing the vehicles seized in the above-referenced case. The government and its agents are further ordered, for a period of sixty (60) days from the date of this order, not to destroy, transfer or otherwise dispose of the vehicles prior to their examination, viewing and photographing, without emergency application to this Court, notice to Mr. Hernandez, Mr. Montes, Ms. Magana, and Mr. Limon, and an opportunity to respond.

**SO ORDERED.**

Dated: 6/24/08

HONORABLE THOMAS J. WHELAN
U.S. District Court Judge