FILED
JUN 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FELIX HERNANDEZ-CHAVEZ (1),<br>HUGO MONTES-MARTINEZ (2),<br>MODESTA LUISA MAGANA (3),<br>JUAN JESUS LIMON (4),<br>Defendants. | Case No. 08CR1166-W<br><br>**ORDER TO PRESERVE AND RE-WEIGH ALLEGED DRUG EVIDENCE** |

**IT IS HEREBY ORDERED** that the United States government and its agents make available to the defense attorneys and his or her agents, for examination and weighing without packaging, the drugs seized in the above-referenced case. The government and its agents are further ordered, for a period of sixty (60) days from the date of this order, not to destroy, transfer, or otherwise dispose of the drugs prior to their weighing, without emergency application to this Court, notice to Mr. Hernandez-Chavez, Mr. Montes-Martinez, Ms. Magana, and Mr. Limon, and an opportunity to respond.

**SO ORDERED.**

Dated: 6/24/08

HONORABLE THOMAS J. WHELAN
U.S. District Court Judge